

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00572-CV

Shiela **PIAZZA**, Agent & Attorney-in-Fact for Phyllis Masterson,
Appellant

v.

**CITY OF WINDCREST**, and Selena Breland, in her official capacity as Code Compliance &
Enforcement Officer,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-17091
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
          Patricia O. Alvarez, Justice
          Lori I. Valenzuela, Justice

Delivered and Filed: February 16, 2022

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on December 30, 2021. On January 4, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On January 11, 2022, this court issued an order directing appellant to provide written proof to this court no later than January 21, 2022 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order cautioned appellant that if she failed to respond

within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellant has not responded to or complied with our January 11, 2022 order; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM